IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JONATHAN A. BLANTON, SR.,    )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:10cv31-MHT
                             )
CARTER F. DAVENPORT, et al., )
                             )
    Defendants.              )
```

### ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's recommendation (doc. no. 26), to which no objection has been filed, is adopted.

(2) Plaintiff Jonathan A. Blanton, Sr.'s motion for preliminary injunction (doc. no. 24) is denied.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 11th day of January, 2011.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE