IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JONATHAN A. BLANTON, SR.,    )
                             )
    Plaintiff,               )
                             )
                             )   CIVIL ACTION NO.
    v.                       )      2:10cv31-MHT
                             )         (WO)
CARTER F. DAVENPORT, et al., )
                             )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about actions taken against him during his confinement at a state prison. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with court orders and want of prosecution. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 31st day of July, 2012.**

                                         /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**